## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES HEFNER, Individually and On Behalf of All Similarly Situated Persons, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO: 4:18-cv-01576 |
| AUSTIN INDUSTRIAL, INC., | § § | |
| *Defendant.* | § § | JURY DEMANDED |

### ORDER APPROVING SETTLEMENT AND
### FINAL JUDGMENT DISMISSING CLAIMS WITH PREJUDICE

Came on this day for consideration the Parties' Joint Motion For Order Approving Settlement and Entry of Final Judgment Dismissing Lawsuit With Prejudice in connection with the above-referenced case (the "Joint Motion"). After due consideration, this Court is of the opinion that the Joint Motion should be in all things **GRANTED**.

The Court finds that the Settlement Agreement is an adequate, fair and reasonable resolution of a bona fide dispute over wages owed pursuant to the Fair Labor Standards Act (the "FLSA"), and accordingly, the Settlement Agreement is **APPROVED**.

It is **FURTHER ORDERED, ADJUDGED and DECREED** that all claims asserted by Plaintiffs against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that the Court shall retain jurisdiction over the Parties to enforce the Settlement Agreement.

SIGNED and executed this 21st day of December, 2018.

Nancy F. Atlas
United States District Judge